[836 NE2d 1144, 803 NYS2d 22]

MICHAEL S. BENNETT et al., Appellants, v KISSING BRIDGE COR-
PORATION, Respondent.

Decided September 13, 2005

### APPEARANCES OF COUNSEL

*Smith, Keller, Miner & O'Shea*, Buffalo (*Philip J. O'Shea, Jr.*, of counsel), for appellants.

*Damon & Morey LLP*, Buffalo (*Brian A. Birenbach* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, for the reasons stated in the memorandum of the Appellate Division (17 AD3d 990).

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH.